433 A.2d 527

Commonwealth v. Hill, Appellant.

Argued December 5, 1980. William T. Cannon, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.